UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DAVID WOOD, an individual, and JANE ALICE WOOD, an individual<br><br>Plaintiffs,<br>vs.<br><br>WELLS FARGO BANK, N.A., *business entity unknown;* NDEX WEST, LLC, *business entity unknown* and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No. CV 11-2550 DMG (AGRx)<br><br>**JUDGMENT** |

The Court having dismissed defendant Wells Fargo Bank, N.A. on May 10, 2011 and dismissed defendant NDeX West, LLC on May 31, 2011,

//

//

//

//

1    IT IS ORDERED, ADJUDGED AND DECREED that plaintiffs David Wood
2 and Jane Alice Wood shall have and recover nothing by way of their complaint
3 herein; and this action is hereby dismissed with prejudice.

5 DATED: June 1, 2011

                                                  _____
                                                  DOLLY M. GEE
                                                  UNITED STATES DISTRICT JUDGE